UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**ACTION INDUSTRIES, INC.**                      **CIVIL ACTION**

**VERSUS**

                                                         **NO. 19-509-BAJ-RLB**

**INNOPHOS, INC.**

## ORDER

Before the Court is Plaintiff's Motion to Compel Mediation or Alternatively, Defendants be Sanctioned in Accordance with Federal Rule 37[b](2)(A).[1] (R. Doc. 14). The deadline for filing an opposition has not expired. LR 7(f).

On October 16, 2019, the Court held a telephone conference with counsel for the parties. (R. Doc. 9). The Court informed the parties that a scheduling order would not be entered in light of the pending Motion to Dismiss, or alternatively, Motion to Stay and Compel Arbitration (R. Doc. 3) and Motion for Default Judgment (R. Doc. 4). The Court also encouraged the parties to explore the possibility of settlement.

Plaintiff now seeks an order pursuant to Rule 37[b](2)(A) of the Federal Rules of Civil Procedure compelling Defendant to participate in mediation or, in the alternative, awarding sanctions in light of Defendant's failure to participate in mediation proceedings.

The Court finds no basis for the relief sought. The Court's October 16, 2019 Order did not require any party to participate in mediation proceedings. Accordingly, any unwillingness by Defendant to participate in mediation proceedings is not in violation of the Court's order.

---

[1] Plaintiff's motion seeks relief under "Rule 37(2)(A)." (R. Doc. 14 at 1). It appears that Plaintiff is attempting to reference Rule 37(b)(2)(A) of the Federal Rules of Civil Procedure. Rule 37(b)(2)(A) provides sanctions where a party violates a discovery order.

Furthermore, Plaintiff has not provided the Court with any specific contractual or legal requirement that Defendant participate in mediation proceedings.  The Court will not compel a party to so participate under these circumstances.

    **IT IS ORDERED** that Plaintiff's Motion (R Doc. 14) is **DENIED**.

    Signed in Baton Rouge, Louisiana, on March 24, 2020March 24, 2020.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**